**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** <br><br> **GOOD DEED 317, LLC,** <br><br> **Debtor.** | **CHAPTER 11** <br><br> **CASE NO. 20-71227-pmb** |

**NOTICE OF HEARING ON DEBTOR'S DISCLOSURE STATEMENT**
**WITH REGARD TO CHAPTER 11 PLAN OF REORGANIZATION**

**PLEASE TAKE NOTICE** that on November 11, 2020, Debtor Good Deed 317, LLC filed its *Disclosure Statement with Regard to Chapter 11 Plan of Reorganization* ("Disclosure Statement") (Doc. No. 12) referring to a *Chapter 11 Plan of Reorganization* (Doc. No. 13)

**PLEASE TAKE FURTHER NOTICE that the Court shall hold a hearing on the Disclosure Statement on the 14th day of December, 2020 at 2:00 o'clock p.m., Courtroom 1202, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.** *Given the current public health crisis, hearings may be telephonic only.  Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website (http://www.ganb.uscourts.gov/) prior to the hearing for instructions on whether to appear in person or by phone.*

Your rights may be affected by the Court's ruling on the Motion. You should read the pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, 1340 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA  30303.  You must

also mail a copy of your response to the undersigned at the address stated below and the United States Trustee at 75 Ted Turner Drive, SW, Suite 362, Atlanta, Georgia, 30303.

This 12th day of November, 2020.

**JONES & WALDEN, LLC**

*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
699 Piedmont, NE
Atlanta, Georgia 30308
cmccord@joneswalden.com
(404) 564-9300

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**GOOD DEED 317, LLC,**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO. 20-71227-pmb** |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day the *Notice of Hearing on Debtor's Disclosure Statement with Regard to Chapter 11 Plan of Reorganization* (the "Notice") was filed using the Bankruptcy Court's Electronic Filing program which sends a notice of and an accompanying link to the Notice to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- Matthew R. Brooks:  matthew.brooks@troutmansanders.com;
- Shawna Staton: shawna.p.staton@usdoj.gov

I further certify that on this day I caused a true and correct copy of the Notice to be served upon the parties listed on the attached mailing matrix via U.S. First Class Mail by placing a copy of same in a properly addressed envelope with adequate postage affixed thereon.

This 12th day of November, 2020.

**JONES & WALDEN LLC**

*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
Proposed Attorney for Debtor
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
cmccord@joneswalden.com

```
Label Matrix for local noticing          Good Deed 317, LLC                        City of Atlanta
113E-1                                   3133 Continental Colony Parkway SW        Department of Public Works
Case 20-71227-pmb                        Atlanta, GA 30331-3109                    55 Trinity Ave, SW, Suite 4700
Northern District of Georgia                                                       Atlanta, GA 30303-3531
Atlanta
Thu Nov 12 09:49:35 EST 2020

Fulton County Tax Commissioner           Good Deed 317, LLC                        Internal Revenue Service
141 Pryor Street SW #1085                3133 Continental Colony Parkway SW        P. O. Box 7346
Atlanta, GA 30303-3444                   Atlanta, GA 30331-3109                    Philadelphia, PA 19101-7346

LV Atlanta LLC                           LV Atlanta, LLC
175 SW 7th St., Suite 2101               175 SW 7th Street
Miami, FL 33130-2962                     Suite 2010
                                         Miami, FL 33130-2961

Secretary of the Treasury                                                          TP Krog, LLC
15th & Pennsylvania Avenue, NW                                                     541 Tenth Street, #172
Washington, DC 20200                                                               Atlanta, GA 30318-5713

U. S. Securities and Exchange Commission                                           End of Label Matrix
Office of Reorganization                                                           Mailable recipients    13
Suite 900                                                                          Bypassed recipients     0
950 East Paces Ferry Road, NE                                                      Total                  13
Atlanta, GA 30326-1382
```