**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| **IN RE:**<br><br>**GOOD DEED 317, LLC,**<br><br>       **Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 20-71227-PMB** |

**NOTICE OF ASSIGNMENT OF HEARING**

        **PLEASE TAKE NOTICE** that the Debtor filed a **"MOTION REQUESTING ENTRY OF ORDER APPROVING OFFER OF ADEQUATE ASSURANCE OF FUTURE PERFORMANCE TO RESPONDENTS"** (the "Motion") and related papers with the Court on November 12, 2020.

        **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **2:00 p.m. on December 14, 2020, Courtroom 1202, U.S. Courthouse, Richard B. Russell Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.** *Given the current public health crisis, hearings may be telephonic only.  Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website (http://www.ganb.uscourts.gov/) prior to the hearing for instructions on whether to appear in person or by phone.*

        Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is United States Bankruptcy Court, 75 Ted Turner Drive SW, Room 1340, Atlanta, GA 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

        This 12th of November, 2020.

                              **JONES & WALDEN LLC**

                              /s/ *Cameron M. McCord*
                              Cameron M. McCord
                              Georgia Bar No. 143065
                              Proposed Attorney for Debtor
                              699 Piedmont Avenue, NE
                              Atlanta, GA 30308
                              (404) 564-9300
                              cmccord@joneswalden.com

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

GOOD DEED 317, LLC,

      **Debtor.**

CHAPTER 11

CASE NO. 20-71227-PMB

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing "Notice of Assignment

of Hearing" via U.S. Mail upon the following parties and upon the parties listed on the attached

mailing matrix:

Georgia Power Company
241 Ralph McGill Blvd NE
Atlanta, GA 30308

Gas South
3625 Cumberland Blvd SE
Atlanta, GA 30339

DirecTV
PO Box 105249
Atlanta, GA 30348

Sohonet Inc.
Dept LA 24489
Pasadena, CA 91185

AT&T
c/o Bankruptcy
4331 Communications Dr
Flr 4W
Dallas, TX 75211

City of Atlanta Department of
Watershed Management
72 Marietta St NW
Atlanta, GA 30303

This 12th of November, 2020.

**JONES & WALDEN LLC**

/s/ *Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
Proposed Attorney for Debtor
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
cmccord@joneswalden.com

Label Matrix for local noticing
113E-1
Case 20-71227-pmb
Northern District of Georgia
Atlanta
Thu Nov 12 14:51:24 EST 2020

Matthew R. Brooks
Troutman Pepper Hamilton Sanders LLP
Suite 3000
600 Peachtree Street, NE
Atlanta, GA 30308-2305

City of Atlanta
Department of Public Works
55 Trinity Ave, SW, Suite 4700
Atlanta, GA 30303-3531

Fulton County Tax Commissioner
141 Pryor Street SW #1085
Atlanta, GA 30303-3444

Good Deed 317, LLC
3133 Continental Colony Parkway SW
Atlanta, GA 30331-3109

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

LV Atlanta LLC
175 SW 7th St., Suite 2101
Miami, FL 33130-2962

LV Atlanta, LLC
175 SW 7th Street
Suite 2010
Miami, FL 33130-2961

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Shawna Staton
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

TP Krog, LLC
541 Tenth Street, #172
Atlanta, GA 30318-5713

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382