

**IT IS ORDERED as set forth below:**

Date: December 15, 2020

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>GOOD DEED 317, LLC,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 20-71227-PMB |

**ORDER AND NOTICE (A) CONDITIONALLY
APPROVING DEBTOR'S DISCLOSURE STATEMENT
FOR PLAN OF REORGANIZATION, (B) ESTABLISHING
BALLOTING AND OBJECTION DEADLINES, AND (C) SCHEDULING
CONFIRMATION HEARING AND FINAL HEARING ON DISCLOSURE STATEMENT**

On November 11, 2020, Good Deed 317, LLC ("Debtor") filed its *Disclosure Statement for Plan of Reorganization* (Doc. No. 12) and *Plan of Reorganization* (Doc. No. 13). On December 11, 2020, the Debtor filed its *Amended Disclosure Statement for Amended Plan of Reorganization* (Doc. No. 35) (the "Disclosure Statement") and *Amended Plan of Reorganization* (Doc. No. 36) (the "Plan").

On December 14, 2020, the Disclosure Statement came before the Court for hearing. At the hearing, Cameron M. McCord appeared on behalf of the Debtor. Matthew Brooks and Gary

Marsh appeared on behalf of LV Atlanta LLC. Henry Sewell appeared on behalf of Cinelease, Inc. Shawna Staton appeared on behalf of the United States Trustee.

After reviewing the pleadings, the Court concludes that good and sufficient cause exists to approve the Disclosure Statement and submit the Plan for a vote.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Disclosure Statement complies with 11 U.S.C. §1125 and provides "adequate information" to creditors and parties-in-interest.

2. The Disclosure Statement is hereby conditionally APPROVED.

3. The deadline for filing written objections to the Plan shall be **January 15, 2021**[1] with the Clerk, U.S. Bankruptcy Court, Room 1340, U.S. Courthouse (Richard B. Russell Building), 75 Ted Turner Drive., Atlanta, Georgia 30303, and **a copy shall be served** on counsel for the Debtor, Jones & Walden LLC, 699 Piedmont Ave NE, Atlanta, Georgia 30308, Attn: Cameron M. McCord so that is it **received by counsel for Debtor by 11:59:59 PM on the 15th day of January, 2021.**

4. A hearing to consider confirmation of the Plan and final hearing on Disclosure Statement shall be held **in Courtroom 1202, U.S. Courthouse, 75 Ted Turner Drive, Atlanta, Georgia 30303 at 9:30 A.M. on the 19th day of January, 2021.** *Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website (http://www.ganb.uscourts.gov/) prior to the hearing for instructions on whether to appear in person or by phone.*

---

[1] The deadline for filing written objections electronically through the Court's electronic case filing system shall be 11:59:59 p.m. The deadline for filing written objections manually with the Clerk's office shall be 4:00 p.m.

5. The deadline for casting ballots to accept or reject the Plan shall be **January 15, 2021**. Ballots shall be filed with the Clerk, U.S. Bankruptcy Court, Room 1340, U.S. Courthouse (Richard B. Russell Building), 75 Ted Turner Drive, Atlanta, Georgia 30303 with a copy served on counsel for Debtors Jones & Walden LLC, 699 Piedmont Ave NE, Atlanta, Georgia 30308, Attn: Cameron M. McCord so that is it **received by counsel for Debtor by 11:59:59 PM on the 15th day of January, 2021.**

6. The Ballot attached hereto as Exhibit "A" is hereby APPROVED.

7. Counsel for Debtor shall serve a copy of this Order, the Disclosure Statement, the Plan, and a Ballot upon the appropriate parties-in-interest within one (1) day of entry of this Order and shall file a certificate of service setting forth the manner and method of service.

[END OF ORDER]

Prepared and Presented by:
**JONES & WALDEN LLC**
*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
699 Piedmont Ave NE
Atlanta, Georgia 30308
(404) 564-9300
 Attorney for the Debtor


Distribution List

Cameron McCord, Jones & Walden LLC, 699 Piedmont Ave, NE, Atlanta, Georgia 30308

Office of the U.S. Trustee, 362 Richard Russell Federal Building, 75 Ted Turner, SW, Atlanta, Georgia 30303

**Exhibit "A"**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**GOOD DEED 317, LLC,**<br><br>      **Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 20-71227-PMB** |

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN**

On November 11, 2020, Areu Studios, LLC ("Debtor") filed its *Disclosure Statement for Plan of Reorganization* (Doc. No. 16) and *Plan of Reorganization* (Doc. No. 17). On December 11, 2020, the Debtor filed its *Amended Disclosure Statement for Amended Plan of Reorganization* (Doc. No. 43) (the "Disclosure Statement") and *Amended Plan of Reorganization* (Doc. No. 44) (the "Plan").

The Disclosure Statement provides information to assist you in deciding how to vote your ballot.  If you do not have a Disclosure Statement, you may obtain a copy from Jones & Walden LLC, 699 Piedmont Ave NE, Atlanta, Georgia 30309, (404) 564-9300 (telephone), (404) 564-9301 (facsimile).  The Disclosure Statement and Plan are available for review in the Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

**You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  If you hold claims or equity interests in more than one class, you may receive a ballot for each class in which you are entitled to vote and you may use a copy of the ballot or request an additional ballot if you do not receive one.**

**If your ballot is not received by Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 on or before January 15, 2021, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

GOOD DEED 317, LLC,

        **Debtor.**

CHAPTER 11

CASE NO. 20-71227-PMB

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN**

    The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Code.

    TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE **January 15, 2021** TO:

        **Clerk, U.S. Bankruptcy Court**
        **1340 U.S. Courthouse**
        **75 Ted Turner Drive, SW**
        **Atlanta, GA 30303-3367**

You must also deliver a copy of the completed, signed ballot to Debtor's Attorney at: Jones & Walden LLC, 699 Piedmont Ave, NE, Atlanta, Georgia 30309, Attn: Cameron M. McCord

**The undersigned is a holder of** [check one:]
    ___ a secured claim
    ___ an unsecured claim
    ___ other [specify:_____]

**In the amount of $_____, in Class _____ and hereby:**

_____ Accepts      _____ Rejects Debtor's Plan of Reorganization


Date: _____      Creditor: _____
                                                                        Print or Type Name

                                                         Signed: _____

                                             [If appropriate] as: _____
                                                                   Title
                                                     Address: _____
                                                                   _____
                                              Phone Number: _____
                                               Email Address: _____