**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**IN RE:**

**GOOD DEED 317, LLC,**

　　　　　**Debtor.**

**CHAPTER 11**

**CASE NO. 20-71227-PMB**

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that on December 17, 2020, I caused to be served a copy of the (i) *Ballot for Accepting or Rejecting Debtor's Plan*; (ii) *Amended Disclosure Statement for Amended Plan of Reorganization* (Doc. No. 35); (iii) *Amended Plan of Reorganization* (Doc. No. 36); and (iv) *Order and Notice of Assignment of Hearing on Confirmation of Plan* (Doc. No. 40) upon all parties listed on the attached mailing matrix via U.S. First Class Mail, postage prepaid.

　　　　This 17th day of December, 2020.

　　　　　　　　　　　**JONES & WALDEN LLC**

　　　　　　　　　　　*/s/ Cameron M. McCord*
　　　　　　　　　　　Cameron M. McCord
　　　　　　　　　　　Georgia Bar No. 143065
　　　　　　　　　　　699 Piedmont Avenue, NE
　　　　　　　　　　　Atlanta, Georgia 30308
　　　　　　　　　　　(404) 564-9300 Telephone
　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　cmccord@joneswalden.com

Label Matrix for local noticing
113E-1
Case 20-71227-pmb
Northern District of Georgia
Atlanta
Thu Dec 17 14:17:37 EST 2020

Matthew R. Brooks
Troutman Pepper Hamilton Sanders LLP
Suite 3000
600 Peachtree Street, NE
Atlanta, GA 30308-2305

City of Atlanta
Department of Public Works
55 Trinity Ave, SW, Suite 4700
Atlanta, GA 30303-3531

Fulton County Tax Commissioner
141 Pryor Street SW #1085
Atlanta, GA 30303-3444

John R. Grimes
Lefkoff, Duncan, Grimes, McSwain & Hass
3520 Piedmont Road, NE
Suite 200
Atlanta, GA 30305-1511

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Henry F. Sewell Jr.
Law Offices of Henry F. Sewell, Jr., LLC
Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305-4909

Shawna Staton
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

TP Krog, LLC
541 Tenth Street, #172
Atlanta, GA 30318-5713

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382