IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**GOOD DEED 317, LLC,**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO. 20-71227-PMB** |

## CERTIFICATE OF SERVICE

This is to certify that on December 22, 2020, the *Order and Notice Scheduling WebEx Confirmation Hearing* (Doc. No. 43) (the "Order") was electronically entered using the Bankruptcy Court's Electronic Case Filing program which sends a notice of and an accompanying link to the Order to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Matthew R. Brooks**   matthew.brooks@troutmansanders.com
- **John R. Grimes**   ajames@lefkoff-duncan.com, jgrimes@lefkoff-duncan.com
- **Henry F. Sewell**   hsewell@sewellfirm.com, hsewell123@yahoo.com
- **Shawna Staton**   shawna.p.staton@usdoj.gov
- **Thomas R. Walker**   thomas.walker@fisherbroyles.com

I hereby certify that on this day I have served a copy of the Order on all parties listed on the attached mailing matrix via First Class Mail by placing same in a properly addressed envelope with adequate postage affixed thereon.

This 23rd day of December, 2020.

JONES & WALDEN LLC

/s/ *Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
Attorney for Debtor
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
cmccord@joneswalden.com

```
Label Matrix for local noticing
113E-1
Case 20-71227-pmb
Northern District of Georgia
Atlanta
Wed Dec 23 13:28:16 EST 2020
```

City of Atlanta
Department of Public Works
55 Trinity Ave, SW, Suite 4700
Atlanta, GA 30303-3531

Fulton County Tax Commissioner
141 Pryor Street SW #1085
Atlanta, GA 30303-3444

Good Deed 317, LLC
3133 Continental Colony Parkway SW
Atlanta, GA 30331-3109

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

LV Atlanta LLC
175 SW 7th St., Suite 2101
Miami, FL 33130-2962

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

TP Krog, LLC
541 Tenth Street, #172
Atlanta, GA 30318-5713

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382