

**IT IS ORDERED as set forth below:**

**Date: January 14, 2021**

*Paul Baisier*

_____

**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | |
| | CHAPTER 11 |
| **GOOD DEED 317, LLC,** | |
| | CASE NO. 20-71227-PMB |
| Debtor. | |

### ORDER AND NOTICE RESCHEDULING WEBEX HEARING
### AND EXTENDING BALLOT AND OBJECTION DEADLINES

On December 11, 2020, Good Deed 317, LLC (the "Debtor"), filed an *Amended Disclosure Statement for Amended Plan of Reorganization* (the "Disclosure Statement")(Docket No. 35) and an *Amended Plan of Reorganization* (the "Plan")(Docket No. 36).  The Disclosure Statement and Plan came before the Court for a telephonic hearing on December 14, 2020.  On December 16, 2020, the Court entered an *Order and Notice (A) Conditionally Approving Debtor's Disclosure Statement for Plan of Reorganization, (B) Establishing Balloting and Objection Deadlines, and (C) Scheduling Confirmation Hearing and Final Hearing on Disclosure Statement* (the "Order")(Docket No. 40), scheduling a hearing on the Disclosure Statement and Plan for January 19, 2021.  The Order also set a deadline of January 15, 2021 for filing written objections to the Disclosure Statement and Plan, as well as the deadline for casting ballots to accept or reject

the Plan.  On December 22, 2020, the Court entered an *Order and Notice Scheduling WebEx*

*Confirmation Hearing* (the "Hearing")(Docket No. 43).  On January 11, 2021, Debtor's counsel

filed a *Motion Requesting Continuance of Confirmation* Hearing (the "Motion")(Docket No. 47).

After reviewing the matters, it is hereby

ORDERED  that the Motion is **GRANTED** and it is further

**ORDERED   AND   NOTICE   IS   HEREBY   GIVEN**   that   the   Hearing   is

**RESCHEDULED,**  and  the Court will hold the Hearing regarding the Disclosure Statement and

Plan and any response thereto on the **23rd day of February, 2021, commencing at 9:30 A.M.**

**via WebEx video conference**. It is further

**ORDERED** that all creditors and parties in interest that desire to present evidence or make

argument at the Hearing (the "Parties")[1] will participate in a WebEx practice session conducted

by the Court, which session will be attended by counsel for all such Parties and by all witnesses

on **February 17, 2021 at 9:30 A.M.** or on such other date and time as the Court may direct[2]. It is

further

**ORDERED** that the Parties shall be required to file, no later than **12:00 P.M. on February**

**18, 2021** (i) an electronic copy of each exhibit that such Party intends to use at the Hearing[3]

(assuring each document can be accessed separately), and (ii) a list of witnesses that such Party

---

[1] Parties should contact Chambers at (404) 215-1010 to coordinate their attendance at the practice session.

[2] Creditors, parties in interest, and their counsel ("Non-participants"), who only wish to listen to the Hearing do not need to attend the practice session and will be able to attend the Hearing by telephone. Non-participants should contact Chambers at (404) 215-1010 for a dial-in number.

[3] Exhibits shall include the following: (i) a master list of exhibits and (ii) a complete set of labeled exhibits. All exhibits shall be identified by letters (e.g., Exhibit A, B, C, etc.), or numbers (e.g., Exhibit 1-1, 1-2, 1-3, etc.).

intends to call at the Hearing.[4]  Parties are also required to e-mail a full set of exhibits to Judge

Baisier's Chambers, as well as to the other Parties. And it is further

**ORDERED** that if a Party becomes aware, after the deadline above, of other exhibits such

Party intends to use at the Hearing, such Party shall inform the Court and the other Parties as soon

as such Party is aware of such exhibits.  Such Party will also be required to file an electronic copy

of any additional exhibits on the docket in this case (assuring each document can be accessed

separately).  The Court will consider the circumstances and determine whether and for what

purposes (if any) the Party can use the new exhibits.  And it is further

**ORDERED** that if a Party becomes aware, after the deadline above, of other witnesses

such Party intends to call at the Hearing, such Party shall inform the Court and the other Parties as

soon as such Party is aware of such witness(es).  The Court will consider the circumstances and

decide whether and for what purposes (if any) the Party may call such witness(es).  And it is further

**ORDERED** that the Parties shall endeavor in good faith to agree prior to the Hearing to a

stipulation of exhibits to be admitted.[5]  And it is further

**ORDERED** that the deadline for filing written objections to the Plan is hereby extended

to **February 18, 2021**[6], with the Clerk, U.S. Bankruptcy Court, Room 1340, U.S. Courthouse

(Richard B. Russell Building), 75 Ted Turner Drive., Atlanta, Georgia 30303, and **a copy shall**

**be served** on counsel for the Debtor, Jones & Walden LLC, 699 Piedmont Ave NE, Atlanta,

---

[4] Inclusion of a name on a witness list simply informs all parties that you may call the witness, and does not in any respect compel or otherwise require the attendance of that witness at the Hearing, which must be arranged or compelled by other available means.

[5] Even if an exhibit is admitted by stipulation, unless a witness testifies as to that exhibit so that the Court can understand what the exhibit is and how it is relevant, such exhibit may not be reviewed or considered by the Court.

[6] The deadline for filing written objections electronically through the Court's electronic case filing system shall be 11:59:59 p.m. The deadline for filing written objections manually with the Clerk's office shall be 4:00 p.m.

3

Georgia 30308, Attn: Cameron M. McCord so that is it **received by counsel for Debtor by 11:59:59 PM on the 18th day of February, 2021.** It is further

**ORDERED** the deadline for casting ballots to accept or reject the Plan is hereby extended to **February 18, 2021**. Ballots shall be filed with the Clerk, U.S. Bankruptcy Court, Room 1340, U.S. Courthouse (Richard B. Russell Building), 75 Ted Turner Drive, Atlanta, Georgia 30303 with a copy served on counsel for Debtor, Jones & Walden LLC, 699 Piedmont Ave NE, Atlanta, Georgia 30308, Attn: Cameron M. McCord so that is it **received by counsel for Debtor by 11:59:59 PM on the 18th day of February, 2021.**

**ORDERED** that Debtor's Counsel shall, on or before **January 14, 2021**, serve a copy of this Order and Notice Rescheduling WebEx Hearing on all creditors listed on the mailing matrix and any parties that have filed a notice of appearance in this case, and on the United States Trustee. Debtor's Counsel is further directed to file a certificate of service setting forth the manner and method of all such service prior to the Hearing.

**[END OF DOCUMENT]**