IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>GOOD DEED 317, LLC,<br><br>　　　　Debtor. | CHAPTER 11<br><br>CASE NO. 20-71227-PMB |

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>AREU STUDIOS, LLC,<br><br>　　　　Debtor. | CHAPTER 11<br><br>CASE NO. 20-71228-PMB |

### GOOD DEED 317, LLC AND AREU STUDIOS, LLC'S WITNESS LIST AND EXHIBIT LIST FOR CONFIRMATION HEARING AND FINAL HEARING ON DISCLOSURE STATEMENTS ON MARCH 11, 2021

COME NOW, Areu Studios, LLC and Good Deed 317, LLC (hereinafter "Debtors") and, pursuant to this Court's *Order and Notice Rescheduling WebEx Hearing and Extending Ballot and Objection Deadlines* (20-71228 Doc. No. 79; 20-71227 Doc. No. 66), file this Witness List and Exhibit List, which Debtors intend to introduce at the Confirmation Hearing and Final Hearing on Debtors' Disclosure Statements which is scheduled to be held on March 11, 2021 at 11:30 a.m.

### WITNESS LIST

Will Call:

1. Ozzie Areu

May Call:

1. Steven Greenberg, Greenberg Georgia Film and TV Studio, LLC
2. Yousaf Malhance, Greenberg Georgia Film and TV Studio, LLC
3. James O'Neil, Cushman & Wakefield
4. Joshua Reeves, Atlanta Fine Homes Sotheby's International Realty
5. Arena Investments, L.P.

## EXHIBIT LIST

1. *Debtors' Exhibit 1*: Budget in Support of Confirmation
2. *Debtors' Exhibit 2*: Greenberg Georgia Film and TV Studio Holdings, LLC Financial Projections
3. *Debtors' Exhibit 3*: September 30, 2020 Cushman & Wakefield Appraisal
4. *Debtors' Exhibit 4*: Arena Investments, L.P. Commitment Letter (will be filed March 8, 2021)

Respectfully submitted this 5th day of March, 2021.

**JONES & WALDEN LLC**

*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
699 Piedmont Avenue NE
Atlanta, GA 30308
(404) 564-9300
cmccord@joneswalden.com
Attorney for Debtors