DEBTORS' EXHIBIT 1

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>AREU STUDIOS, LLC,<br><br>    Debtor. | CHAPTER 11<br><br>CASE NO. 20-71228-pmb |
| IN RE:<br><br>GOOD DEED 317, LLC,<br><br>    Debtor. | CHAPTER 11<br><br>CASE NO. 20-71227-pmb |

**NOTICE OF FILING BUDGET IN SUPPORT OF PLANS OF REORGANIZATION**

COME NOW Areu Studios, LLC and Good Deed 317, LLC (collectively, "Debtors") and hereby file their budget in support of their Plans of Reorganization attached hereto as Exhibit "A".

RESPECTFULLY SUBMITTED this 5th day of February, 2021.

         **JONES & WALDEN LLC**

         */s/ Cameron M. McCord*
         Cameron M. McCord
         Georgia Bar No. 143065
         Attorney for Debtors
         699 Piedmont Avenue, NE
         Atlanta, Georgia 30308
         (404) 564-9300
         cmccord@joneswalden.com

**Exhibit "A"**

Case 20-71227-pmb    Doc 75-1    Filed 03/05/21    Entered 03/05/21 11:47:18    Desc
Exhibit 1: Budget in Support of Confirmation    Page 2 of 4

**Areu Studios/Good Deed 317**

### Net Operating Income and Cash Flows

|  | Year 0 | Year 1 | Year 2 | Year 3 |
|---|---:|---:|---:|---:|
| *Revenue* | | | | |
| Existing Stages | | 1,797,170 | 1,845,742 | 2,012,709 |
| Existing Office / Production | | 2,461,388 | 2,537,123 | 3,135,429 |
| Revenue Share / Passthrough | | 600,000 | 618,000 | 636,540 |
| Additional Services / Other | | 80,000 | 82,000 | 84,050 |
| Total Rental Revenue | | 4,938,557 | 5,082,865 | 5,868,728 |
| Reimbursements | | 112,000 | 115,840 | 119,814 |
| Total Revenue | | 5,050,557 | 5,198,705 | 5,988,542 |
| | | | | |
| *Expenses* | | | | |
| Executive Compensation | | 500,000 | 500,000 | - |
| Other Employee Compensation | | 300,000 | 315,000 | 330,750 |
| Repairs & Maintenance | | 250,000 | 258,750 | 267,806 |
| Utilities | | 240,000 | 249,600 | 259,584 |
| Security | | 320,000 | 329,600 | 339,488 |
| G&A | | 36,000 | 37,080 | 38,192 |
| Contractors | | 276,000 | 289,800 | 304,290 |
| Travel and Entertainment | | 50,000 | 51,500 | 53,045 |
| Marketing/Promotion/Website | | 37,400 | 38,522 | 39,678 |
| Healthcare Expense | | 90,000 | 94,500 | 99,225 |
| Legal and Professional | | 170,000 | 175,100 | 180,353 |
| Real Estate Taxes | | 434,700 | 452,088 | 470,172 |
| Insurance | | 128,000 | 131,840 | 135,795 |
| Total Expenses | | 2,832,100 | 2,923,380 | 2,518,378 |
| | | | | |
| **Net Operating Income** | | 2,218,457 | 2,275,325 | 3,470,164 |
| | | | | |
| *Cash Flows* | | | | |
| Debt Proceeds - for Creditors | 12,500,000 | | | |
| Creditor Payment - at Close | (13,761,005) | | | |
| TP Krog | - | (1,173,559) | (1,173,559) | (1,173,559) |
| Creditor and Other Payments - Ongoing | - | (640,574) | (617,949) | (617,949) |
| Maintenance Capex | - | (88,411) | (88,411) | (88,411) |
| First Year Capex on Existing Facilities | - | - | - | - |
| New Capex | - | - | - | - |
| Debt Service | - | (1,250,000) | (1,250,000) | (1,611,908) |
| New Equity | 1,261,005 | 934,086 | 854,594 | 21,662 |
| Debt Draws | - | - | - | - |
| Net Cash Flows | 0 | - | - | - |
| | | | | |
| *Change in Cash* | | | | |
| Beginning Balance | 0 | 0 | 0 | 0 |
| Change in Cash | | - | - | - |
| Ending Cash Balance | 0 | 0 | 0 | 0 |

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**AREU STUDIOS, LLC,**<br><br>    Debtor. | **CHAPTER 11**<br><br>**CASE NO. 20-71228-pmb** |
| IN RE:<br><br>**GOOD DEED 317, LLC,**<br><br>    Debtor. | **CHAPTER 11**<br><br>**CASE NO. 20-71227-pmb** |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Notice of Filing Budget in Support of Plan of Reorganization* (the "Notice") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Notice to the following parties who have appeared in these cases under the Bankruptcy Court's Electronic Case Filing Program:

- **Jonathan S. Adams**   jonathan.s.adams@usdoj.gov
- **Matthew R. Brooks**   matthew.brooks@troutmansanders.com
- **Michael D. Robl**   michael@roblgroup.com, lelena@roblgroup.com; shannon@roblgroup.com
- **Henry F. Sewell**   hsewell@sewellfirm.com, hsewell123@yahoo.com
- **Shawna Staton**   shawna.p.staton@usdoj.gov
- **Thomas R. Walker**   thomas.walker@fisherbroyles.com
- **John R. Grimes**   ajames@lefkoff-duncan.com, jgrimes@lefkoff-duncan.com

This 5th day of February, 2021.

                                                  **JONES & WALDEN LLC**

                                                  */s/ Cameron M. McCord*
                                                  Cameron M. McCord
                                                  Georgia Bar No. 143065
                                                  Attorney for Debtors
                                                  699 Piedmont Avenue, NE
                                                  Atlanta, Georgia 30308
                                                  (404) 564-9300
                                                  cmccord@joneswalden.com