Areu Studios Pro Forma

Case 20-71227-pmb   Doc 75-2   Filed 03/05/21   Entered 03/05/21 11:47:18   Desc
Exhibit 2: Greenberg Georgia Firm and TV Studio Holdings LLC Financial Projecti   Page 1 of 5

Debtors Exhibit 2

## Net Operating Income and Cash Flows

| | Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Year | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| **Revenue** | | | | | | | | | | | | | |
| Existing Stages | | 149,764 | 149,764 | 149,764 | 149,764 | 149,764 | 149,764 | 149,764 | 149,764 | 149,764 | 149,764 | 149,764 | 149,764 |
| Existing Office / Production | | 205,116 | 205,116 | 205,116 | 205,116 | 205,116 | 205,116 | 205,116 | 205,116 | 205,116 | 205,116 | 205,116 | 205,116 |
| Revenue Share / Passthrough | | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Additional Services / Other | | 6,667 | 6,667 | 6,667 | 6,667 | 6,667 | 6,667 | 6,667 | 6,667 | 6,667 | 6,667 | 6,667 | 6,667 |
| Car Process | | 0 | 0 | 0 | 21,600 | 21,600 | 21,600 | 21,600 | 21,600 | 21,600 | 21,600 | 21,600 | 21,600 |
| Total Rental Revenue | | 411,546 | 411,546 | 411,546 | 433,146 | 433,146 | 433,146 | 433,146 | 433,146 | 433,146 | 433,146 | 433,146 | 433,146 |
| Reimbursements | | 9,333 | 9,333 | 9,333 | 9,333 | 9,333 | 9,333 | 9,333 | 9,333 | 9,333 | 9,333 | 9,333 | 9,333 |
| Total Revenue | | 420,880 | 420,880 | 420,880 | 442,480 | 442,480 | 442,480 | 442,480 | 442,480 | 442,480 | 442,480 | 442,480 | 442,480 |
| **Expenses** | | | | | | | | | | | | | |
| Executive Compensation | | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 |
| Other Employee Compensation | | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Repairs & Maintenance | | 20,833 | 20,833 | 20,833 | 20,833 | 20,833 | 20,833 | 20,833 | 20,833 | 20,833 | 20,833 | 20,833 | 20,833 |
| Utilities | | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| Security | | 26,667 | 26,667 | 26,667 | 26,667 | 26,667 | 26,667 | 26,667 | 26,667 | 26,667 | 26,667 | 26,667 | 26,667 |
| G&A | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| Contractors | | 23,000 | 23,000 | 23,000 | 23,000 | 23,000 | 23,000 | 23,000 | 23,000 | 23,000 | 23,000 | 23,000 | 23,000 |
| Travel and Entertainment | | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 |
| Marketing/Promotion/Website | | 3,117 | 3,117 | 3,117 | 3,117 | 3,117 | 3,117 | 3,117 | 3,117 | 3,117 | 3,117 | 3,117 | 3,117 |
| Healthcare Expense | | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| Legal and Professional | | 14,167 | 14,167 | 14,167 | 14,167 | 14,167 | 14,167 | 14,167 | 14,167 | 14,167 | 14,167 | 14,167 | 14,167 |
| Real Estate Taxes | | 36,225 | 36,225 | 36,225 | 36,225 | 36,225 | 36,225 | 36,225 | 36,225 | 36,225 | 36,225 | 36,225 | 36,225 |
| Insurance | | 10,667 | 10,667 | 10,667 | 10,667 | 10,667 | 10,667 | 10,667 | 10,667 | 10,667 | 10,667 | 10,667 | 10,667 |
| Total Expenses | | 236,008 | 236,008 | 236,008 | 236,008 | 236,008 | 236,008 | 236,008 | 236,008 | 236,008 | 236,008 | 236,008 | 236,008 |
| **Net Operating Income** | | 184,871 | 184,871 | 184,871 | 206,471 | 206,471 | 206,471 | 206,471 | 206,471 | 206,471 | 206,471 | 206,471 | 206,471 |
| **Cash Flows** | | | | | | | | | | | | | |
| Debt Proceeds - for Creditors | | | | | | | | | | | | | |
| Creditor Payment - at Close | | | | | | | | | | | | | |
| TP Krog | | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) |
| Creditor and Other Payments - Ongoing | | (74,121) | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) |
| Maintenance Capex | | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) |
| Debt Service | | (104,167) | (104,167) | (104,167) | (104,167) | (104,167) | (104,167) | (104,167) | (104,167) | (104,167) | (104,167) | (104,167) | (104,167) |
| New Equity | | 98,580 | 75,955 | 75,955 | 54,355 | 54,355 | 54,355 | 54,355 | 54,355 | 54,355 | 54,355 | 54,355 | 54,355 |
| Debt Draws | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Cash Flows | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Change in Cash** | | | | | | | | | | | | | |
| Beginning Balance | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change in Cash | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Cash Balance | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Areu Studios Pro Forma

Case 20-71227-pmb    Doc 75-2    Filed 03/05/21    Entered 03/05/21 11:47:18    Desc
Exhibit 2: Greenberg Georgia Firm and TV Studio Holdings    LLC Financial Projecti    Page 2 of 5

**Net Operating Income and Cash Flows**

| | Month | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Year | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| ***Revenue*** | | | | | | | | | | | | | |
| Existing Stages | | 153,812 | 153,812 | 153,812 | 153,812 | 153,812 | 153,812 | 153,812 | 153,812 | 153,812 | 153,812 | 153,812 | 153,812 |
| Existing Office / Production | | 211,427 | 211,427 | 211,427 | 211,427 | 211,427 | 211,427 | 211,427 | 211,427 | 211,427 | 211,427 | 211,427 | 211,427 |
| Revenue Share / Passthrough | | 51,500 | 51,500 | 51,500 | 51,500 | 51,500 | 51,500 | 51,500 | 51,500 | 51,500 | 51,500 | 51,500 | 51,500 |
| Additional Services / Other | | 6,833 | 6,833 | 6,833 | 6,833 | 6,833 | 6,833 | 6,833 | 6,833 | 6,833 | 6,833 | 6,833 | 6,833 |
| Car Process | | 22,248 | 22,248 | 22,248 | 22,248 | 22,248 | 22,248 | 22,248 | 22,248 | 22,248 | 22,248 | 22,248 | 22,248 |
| Total Rental Revenue | | 445,820 | 445,820 | 445,820 | 445,820 | 445,820 | 445,820 | 445,820 | 445,820 | 445,820 | 445,820 | 445,820 | 445,820 |
| Reimbursements | | 9,653 | 9,653 | 9,653 | 9,653 | 9,653 | 9,653 | 9,653 | 9,653 | 9,653 | 9,653 | 9,653 | 9,653 |
| Total Revenue | | 455,473 | 455,473 | 455,473 | 455,473 | 455,473 | 455,473 | 455,473 | 455,473 | 455,473 | 455,473 | 455,473 | 455,473 |
| ***Expenses*** | | | | | | | | | | | | | |
| Executive Compensation | | 42,083 | 42,083 | 42,083 | 42,083 | 42,083 | 42,083 | 42,083 | 42,083 | 42,083 | 42,083 | 42,083 | 42,083 |
| Other Employee Compensation | | 26,250 | 26,250 | 26,250 | 26,250 | 26,250 | 26,250 | 26,250 | 26,250 | 26,250 | 26,250 | 26,250 | 26,250 |
| Repairs & Maintenance | | 21,563 | 21,563 | 21,563 | 21,563 | 21,563 | 21,563 | 21,563 | 21,563 | 21,563 | 21,563 | 21,563 | 21,563 |
| Utilities | | 20,800 | 20,800 | 20,800 | 20,800 | 20,800 | 20,800 | 20,800 | 20,800 | 20,800 | 20,800 | 20,800 | 20,800 |
| Security | | 27,467 | 27,467 | 27,467 | 27,467 | 27,467 | 27,467 | 27,467 | 27,467 | 27,467 | 27,467 | 27,467 | 27,467 |
| G&A | | 3,090 | 3,090 | 3,090 | 3,090 | 3,090 | 3,090 | 3,090 | 3,090 | 3,090 | 3,090 | 3,090 | 3,090 |
| Contractors | | 24,150 | 24,150 | 24,150 | 24,150 | 24,150 | 24,150 | 24,150 | 24,150 | 24,150 | 24,150 | 24,150 | 24,150 |
| Travel and Entertainment | | 4,292 | 4,292 | 4,292 | 4,292 | 4,292 | 4,292 | 4,292 | 4,292 | 4,292 | 4,292 | 4,292 | 4,292 |
| Marketing/Promotion/Website | | 3,210 | 3,210 | 3,210 | 3,210 | 3,210 | 3,210 | 3,210 | 3,210 | 3,210 | 3,210 | 3,210 | 3,210 |
| Healthcare Expense | | 7,875 | 7,875 | 7,875 | 7,875 | 7,875 | 7,875 | 7,875 | 7,875 | 7,875 | 7,875 | 7,875 | 7,875 |
| Legal and Professional | | 14,592 | 14,592 | 14,592 | 14,592 | 14,592 | 14,592 | 14,592 | 14,592 | 14,592 | 14,592 | 14,592 | 14,592 |
| Real Estate Taxes | | 37,674 | 37,674 | 37,674 | 37,674 | 37,674 | 37,674 | 37,674 | 37,674 | 37,674 | 37,674 | 37,674 | 37,674 |
| Insurance | | 10,987 | 10,987 | 10,987 | 10,987 | 10,987 | 10,987 | 10,987 | 10,987 | 10,987 | 10,987 | 10,987 | 10,987 |
| Total Expenses | | 244,032 | 244,032 | 244,032 | 244,032 | 244,032 | 244,032 | 244,032 | 244,032 | 244,032 | 244,032 | 244,032 | 244,032 |
| **Net Operating Income** | | 211,442 | 211,442 | 211,442 | 211,442 | 211,442 | 211,442 | 211,442 | 211,442 | 211,442 | 211,442 | 211,442 | 211,442 |
| ***Cash Flows*** | | | | | | | | | | | | | |
| Debt Proceeds - for Creditors | | | | | | | | | | | | | |
| Creditor Payment - at Close | | | | | | | | | | | | | |
| TP Krog | | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) |
| Creditor and Other Payments - Ongoing | | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) |
| Maintenance Capex | | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) |
| Debt Service | | (104,167) | (104,167) | (104,167) | (104,167) | (104,167) | (104,167) | (104,167) | (104,167) | (104,167) | (104,167) | (104,167) | (104,167) |
| New Equity | | 49,385 | 49,385 | 49,385 | 49,385 | 49,385 | 49,385 | 49,385 | 49,385 | 49,385 | 49,385 | 49,385 | 49,385 |
| Debt Draws | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Cash Flows | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ***Change in Cash*** | | | | | | | | | | | | | |
| Beginning Balance | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change in Cash | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Cash Balance | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Areu Studios Pro Forma

Case 20-71227-pmb   Doc 75-2   Filed 03/05/21   Entered 03/05/21 11:47:18   Desc
Exhibit 2: Greenberg Georgia Firm and TV Studio Holdings   LLC Financial Projecti   Page 3 of 5

**Net Operating Income and Cash Flows**

| | Month | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Year | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| *Revenue* | | | | | | | | | | | | | |
| Existing Stages | | 167,726 | 167,726 | 167,726 | 167,726 | 167,726 | 167,726 | 167,726 | 167,726 | 167,726 | 167,726 | 167,726 | 167,726 |
| Existing Office / Production | | 261,286 | 261,286 | 261,286 | 261,286 | 261,286 | 261,286 | 261,286 | 261,286 | 261,286 | 261,286 | 261,286 | 261,286 |
| Revenue Share / Passthrough | | 53,045 | 53,045 | 53,045 | 53,045 | 53,045 | 53,045 | 53,045 | 53,045 | 53,045 | 53,045 | 53,045 | 53,045 |
| Additional Services / Other | | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 |
| Car Process | | 24,825 | 24,825 | 24,825 | 24,825 | 24,825 | 24,825 | 24,825 | 24,825 | 24,825 | 24,825 | 24,825 | 24,825 |
| Total Rental Revenue | | 513,886 | 513,886 | 513,886 | 513,886 | 513,886 | 513,886 | 513,886 | 513,886 | 513,886 | 513,886 | 513,886 | 513,886 |
| Reimbursements | | 9,985 | 9,985 | 9,985 | 9,985 | 9,985 | 9,985 | 9,985 | 9,985 | 9,985 | 9,985 | 9,985 | 9,985 |
| Total Revenue | | 523,870 | 523,870 | 523,870 | 523,870 | 523,870 | 523,870 | 523,870 | 523,870 | 523,870 | 523,870 | 523,870 | 523,870 |
| *Expenses* | | | | | | | | | | | | | |
| Executive Compensation | | 42,504 | 42,504 | 42,504 | 42,504 | 42,504 | 42,504 | 42,504 | 42,504 | 42,504 | 42,504 | 42,504 | 42,504 |
| Other Employee Compensation | | 27,563 | 27,563 | 27,563 | 27,563 | 27,563 | 27,563 | 27,563 | 27,563 | 27,563 | 27,563 | 27,563 | 27,563 |
| Repairs & Maintenance | | 22,317 | 22,317 | 22,317 | 22,317 | 22,317 | 22,317 | 22,317 | 22,317 | 22,317 | 22,317 | 22,317 | 22,317 |
| Utilities | | 21,632 | 21,632 | 21,632 | 21,632 | 21,632 | 21,632 | 21,632 | 21,632 | 21,632 | 21,632 | 21,632 | 21,632 |
| Security | | 28,291 | 28,291 | 28,291 | 28,291 | 28,291 | 28,291 | 28,291 | 28,291 | 28,291 | 28,291 | 28,291 | 28,291 |
| G&A | | 3,183 | 3,183 | 3,183 | 3,183 | 3,183 | 3,183 | 3,183 | 3,183 | 3,183 | 3,183 | 3,183 | 3,183 |
| Contractors | | 25,358 | 25,358 | 25,358 | 25,358 | 25,358 | 25,358 | 25,358 | 25,358 | 25,358 | 25,358 | 25,358 | 25,358 |
| Travel and Entertainment | | 4,420 | 4,420 | 4,420 | 4,420 | 4,420 | 4,420 | 4,420 | 4,420 | 4,420 | 4,420 | 4,420 | 4,420 |
| Marketing/Promotion/Website | | 3,306 | 3,306 | 3,306 | 3,306 | 3,306 | 3,306 | 3,306 | 3,306 | 3,306 | 3,306 | 3,306 | 3,306 |
| Healthcare Expense | | 8,269 | 8,269 | 8,269 | 8,269 | 8,269 | 8,269 | 8,269 | 8,269 | 8,269 | 8,269 | 8,269 | 8,269 |
| Legal and Professional | | 15,029 | 15,029 | 15,029 | 15,029 | 15,029 | 15,029 | 15,029 | 15,029 | 15,029 | 15,029 | 15,029 | 15,029 |
| Real Estate Taxes | | 39,181 | 39,181 | 39,181 | 39,181 | 39,181 | 39,181 | 39,181 | 39,181 | 39,181 | 39,181 | 39,181 | 39,181 |
| Insurance | | 11,316 | 11,316 | 11,316 | 11,316 | 11,316 | 11,316 | 11,316 | 11,316 | 11,316 | 11,316 | 11,316 | 11,316 |
| Total Expenses | | 252,369 | 252,369 | 252,369 | 252,369 | 252,369 | 252,369 | 252,369 | 252,369 | 252,369 | 252,369 | 252,369 | 252,369 |
| **Net Operating Income** | | 271,501 | 271,501 | 271,501 | 271,501 | 271,501 | 271,501 | 271,501 | 271,501 | 271,501 | 271,501 | 271,501 | 271,501 |
| *Cash Flows* | | | | | | | | | | | | | |
| Debt Proceeds - for Creditors | | | | | | | | | | | | | |
| Creditor Payment - at Close | | | | | | | | | | | | | |
| TP Krog | | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) | (97,797) |
| Creditor and Other Payments - Ongoing | | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) | (51,496) |
| Maintenance Capex | | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) |
| Debt Service | | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) |
| New Equity | | 19,484 | 19,484 | 19,484 | 19,484 | 19,484 | 19,484 | 19,484 | 19,484 | 19,484 | 19,484 | 19,484 | 19,484 |
| Debt Draws | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Cash Flows | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Change in Cash* | | | | | | | | | | | | | |
| Beginning Balance | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change in Cash | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Cash Balance | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Areu Studios Pro Forma

Case 20-71227-pmb   Doc 75-2   Filed 03/05/21   Entered 03/05/21 11:47:18   Desc
Exhibit 2: Greenberg Georgia Firm and TV Studio Holdings   LLC Financial Projecti   Page 4 of 5

**Net Operating Income and Cash Flows**

| | Month | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Year | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| ***Revenue*** | | | | | | | | | | | | | |
| Existing Stages | | 172,758 | 172,758 | 172,758 | 172,758 | 172,758 | 172,758 | 172,758 | 172,758 | 172,758 | 172,758 | 172,758 | 172,758 |
| Existing Office / Production | | 269,124 | 269,124 | 269,124 | 269,124 | 269,124 | 269,124 | 269,124 | 269,124 | 269,124 | 269,124 | 269,124 | 269,124 |
| Revenue Share / Passthrough | | 54,636 | 54,636 | 54,636 | 54,636 | 54,636 | 54,636 | 54,636 | 54,636 | 54,636 | 54,636 | 54,636 | 54,636 |
| Additional Services / Other | | 7,179 | 7,179 | 7,179 | 7,179 | 7,179 | 7,179 | 7,179 | 7,179 | 7,179 | 7,179 | 7,179 | 7,179 |
| Car Process | | 25,570 | 25,570 | 25,570 | 25,570 | 25,570 | 25,570 | 25,570 | 25,570 | 25,570 | 25,570 | 25,570 | 25,570 |
| Total Rental Revenue | | 529,267 | 529,267 | 529,267 | 529,267 | 529,267 | 529,267 | 529,267 | 529,267 | 529,267 | 529,267 | 529,267 | 529,267 |
| Reimbursements | | 10,327 | 10,327 | 10,327 | 10,327 | 10,327 | 10,327 | 10,327 | 10,327 | 10,327 | 10,327 | 10,327 | 10,327 |
| Total Revenue | | 539,595 | 539,595 | 539,595 | 539,595 | 539,595 | 539,595 | 539,595 | 539,595 | 539,595 | 539,595 | 539,595 | 539,595 |
| ***Expenses*** | | | | | | | | | | | | | |
| Executive Compensation | | 42,929 | 42,929 | 42,929 | 42,929 | 42,929 | 42,929 | 42,929 | 42,929 | 42,929 | 42,929 | 42,929 | 42,929 |
| Other Employee Compensation | | 28,941 | 28,941 | 28,941 | 28,941 | 28,941 | 28,941 | 28,941 | 28,941 | 28,941 | 28,941 | 28,941 | 28,941 |
| Repairs & Maintenance | | 23,098 | 23,098 | 23,098 | 23,098 | 23,098 | 23,098 | 23,098 | 23,098 | 23,098 | 23,098 | 23,098 | 23,098 |
| Utilities | | 22,497 | 22,497 | 22,497 | 22,497 | 22,497 | 22,497 | 22,497 | 22,497 | 22,497 | 22,497 | 22,497 | 22,497 |
| Security | | 29,139 | 29,139 | 29,139 | 29,139 | 29,139 | 29,139 | 29,139 | 29,139 | 29,139 | 29,139 | 29,139 | 29,139 |
| G&A | | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 |
| Contractors | | 26,625 | 26,625 | 26,625 | 26,625 | 26,625 | 26,625 | 26,625 | 26,625 | 26,625 | 26,625 | 26,625 | 26,625 |
| Travel and Entertainment | | 4,553 | 4,553 | 4,553 | 4,553 | 4,553 | 4,553 | 4,553 | 4,553 | 4,553 | 4,553 | 4,553 | 4,553 |
| Marketing/Promotion/Website | | 3,406 | 3,406 | 3,406 | 3,406 | 3,406 | 3,406 | 3,406 | 3,406 | 3,406 | 3,406 | 3,406 | 3,406 |
| Healthcare Expense | | 8,682 | 8,682 | 8,682 | 8,682 | 8,682 | 8,682 | 8,682 | 8,682 | 8,682 | 8,682 | 8,682 | 8,682 |
| Legal and Professional | | 15,480 | 15,480 | 15,480 | 15,480 | 15,480 | 15,480 | 15,480 | 15,480 | 15,480 | 15,480 | 15,480 | 15,480 |
| Real Estate Taxes | | 40,748 | 40,748 | 40,748 | 40,748 | 40,748 | 40,748 | 40,748 | 40,748 | 40,748 | 40,748 | 40,748 | 40,748 |
| Insurance | | 11,656 | 11,656 | 11,656 | 11,656 | 11,656 | 11,656 | 11,656 | 11,656 | 11,656 | 11,656 | 11,656 | 11,656 |
| Total Expenses | | 261,033 | 261,033 | 261,033 | 261,033 | 261,033 | 261,033 | 261,033 | 261,033 | 261,033 | 261,033 | 261,033 | 261,033 |
| **Net Operating Income** | | 278,561 | 278,561 | 278,561 | 278,561 | 278,561 | 278,561 | 278,561 | 278,561 | 278,561 | 278,561 | 278,561 | 278,561 |
| ***Cash Flows*** | | | | | | | | | | | | | |
| Debt Proceeds - for Creditors | | | | | | | | | | | | | |
| Creditor Payment - at Close | | | | | | | | | | | | | |
| TP Krog | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Creditor and Other Payments - Ongoing | | (34,951) | (34,951) | (34,951) | (34,951) | (34,951) | (34,951) | (34,951) | (34,951) | (34,951) | (34,951) | (34,951) | (34,951) |
| Maintenance Capex | | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) |
| Debt Service | | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) |
| New Equity | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Debt Draws | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Cash Flows | | 101,917 | 101,917 | 101,917 | 101,917 | 101,917 | 101,917 | 101,917 | 101,917 | 101,917 | 101,917 | 101,917 | 101,917 |
| ***Change in Cash*** | | | | | | | | | | | | | |
| Beginning Balance | | 0 | 101,917 | 203,834 | 305,751 | 407,667 | 509,584 | 611,501 | 713,418 | 815,335 | 917,252 | 1,019,168 | 1,121,085 |
| Change in Cash | | 101,917 | 101,917 | 101,917 | 101,917 | 101,917 | 101,917 | 101,917 | 101,917 | 101,917 | 101,917 | 101,917 | 101,917 |
| Ending Cash Balance | | 101,917 | 203,834 | 305,751 | 407,667 | 509,584 | 611,501 | 713,418 | 815,335 | 917,252 | 1,019,168 | 1,121,085 | 1,223,002 |

Areu Studios Pro Forma

Case 20-71227-pmb   Doc 75-2   Filed 03/05/21   Entered 03/05/21 11:47:18   Desc
Exhibit 2: Greenberg Georgia Firm and TV Studio Holdings   LLC Financial Projecti   Page 5 of 5

**Net Operating Income and Cash Flows**

| | Month | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Year | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| ***Revenue*** | | | | | | | | | | | | | |
| Existing Stages | | 177,940 | 177,940 | 177,940 | 177,940 | 177,940 | 177,940 | 177,940 | 177,940 | 177,940 | 177,940 | 177,940 | 177,940 |
| Existing Office / Production | | 277,198 | 277,198 | 277,198 | 277,198 | 277,198 | 277,198 | 277,198 | 277,198 | 277,198 | 277,198 | 277,198 | 277,198 |
| Revenue Share / Passthrough | | 56,275 | 56,275 | 56,275 | 56,275 | 56,275 | 56,275 | 56,275 | 56,275 | 56,275 | 56,275 | 56,275 | 56,275 |
| Additional Services / Other | | 7,359 | 7,359 | 7,359 | 7,359 | 7,359 | 7,359 | 7,359 | 7,359 | 7,359 | 7,359 | 7,359 | 7,359 |
| Car Process | | 26,337 | 26,337 | 26,337 | 26,337 | 26,337 | 26,337 | 26,337 | 26,337 | 26,337 | 26,337 | 26,337 | 26,337 |
| Total Rental Revenue | | 545,109 | 545,109 | 545,109 | 545,109 | 545,109 | 545,109 | 545,109 | 545,109 | 545,109 | 545,109 | 545,109 | 545,109 |
| Reimbursements | | 10,682 | 10,682 | 10,682 | 10,682 | 10,682 | 10,682 | 10,682 | 10,682 | 10,682 | 10,682 | 10,682 | 10,682 |
| Total Revenue | | 555,792 | 555,792 | 555,792 | 555,792 | 555,792 | 555,792 | 555,792 | 555,792 | 555,792 | 555,792 | 555,792 | 555,792 |
| ***Expenses*** | | | | | | | | | | | | | |
| Executive Compensation | | 43,359 | 43,359 | 43,359 | 43,359 | 43,359 | 43,359 | 43,359 | 43,359 | 43,359 | 43,359 | 43,359 | 43,359 |
| Other Employee Compensation | | 30,388 | 30,388 | 30,388 | 30,388 | 30,388 | 30,388 | 30,388 | 30,388 | 30,388 | 30,388 | 30,388 | 30,388 |
| Repairs & Maintenance | | 23,907 | 23,907 | 23,907 | 23,907 | 23,907 | 23,907 | 23,907 | 23,907 | 23,907 | 23,907 | 23,907 | 23,907 |
| Utilities | | 23,397 | 23,397 | 23,397 | 23,397 | 23,397 | 23,397 | 23,397 | 23,397 | 23,397 | 23,397 | 23,397 | 23,397 |
| Security | | 30,014 | 30,014 | 30,014 | 30,014 | 30,014 | 30,014 | 30,014 | 30,014 | 30,014 | 30,014 | 30,014 | 30,014 |
| G&A | | 3,377 | 3,377 | 3,377 | 3,377 | 3,377 | 3,377 | 3,377 | 3,377 | 3,377 | 3,377 | 3,377 | 3,377 |
| Contractors | | 27,957 | 27,957 | 27,957 | 27,957 | 27,957 | 27,957 | 27,957 | 27,957 | 27,957 | 27,957 | 27,957 | 27,957 |
| Travel and Entertainment | | 4,690 | 4,690 | 4,690 | 4,690 | 4,690 | 4,690 | 4,690 | 4,690 | 4,690 | 4,690 | 4,690 | 4,690 |
| Marketing/Promotion/Website | | 3,508 | 3,508 | 3,508 | 3,508 | 3,508 | 3,508 | 3,508 | 3,508 | 3,508 | 3,508 | 3,508 | 3,508 |
| Healthcare Expense | | 9,116 | 9,116 | 9,116 | 9,116 | 9,116 | 9,116 | 9,116 | 9,116 | 9,116 | 9,116 | 9,116 | 9,116 |
| Legal and Professional | | 15,945 | 15,945 | 15,945 | 15,945 | 15,945 | 15,945 | 15,945 | 15,945 | 15,945 | 15,945 | 15,945 | 15,945 |
| Real Estate Taxes | | 42,378 | 42,378 | 42,378 | 42,378 | 42,378 | 42,378 | 42,378 | 42,378 | 42,378 | 42,378 | 42,378 | 42,378 |
| Insurance | | 12,005 | 12,005 | 12,005 | 12,005 | 12,005 | 12,005 | 12,005 | 12,005 | 12,005 | 12,005 | 12,005 | 12,005 |
| Total Expenses | | 270,039 | 270,039 | 270,039 | 270,039 | 270,039 | 270,039 | 270,039 | 270,039 | 270,039 | 270,039 | 270,039 | 270,039 |
| **Net Operating Income** | | 285,753 | 285,753 | 285,753 | 285,753 | 285,753 | 285,753 | 285,753 | 285,753 | 285,753 | 285,753 | 285,753 | 285,753 |
| ***Cash Flows*** | | | | | | | | | | | | | |
| Debt Proceeds - for Creditors | | | | | | | | | | | | | |
| Creditor Payment - at Close | | | | | | | | | | | | | |
| TP Krog | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Creditor and Other Payments - Ongoing | | (34,951) | (34,951) | (34,951) | (34,951) | (34,951) | (34,951) | 0 | 0 | 0 | 0 | 0 | 0 |
| Maintenance Capex | | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) | (7,368) |
| Debt Service | | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) | (134,326) |
| New Equity | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Debt Draws | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Cash Flows | | 109,108 | 109,108 | 109,108 | 109,108 | 109,108 | 109,108 | 144,060 | 144,060 | 144,060 | 144,060 | 144,060 | 144,060 |
| ***Change in Cash*** | | | | | | | | | | | | | |
| Beginning Balance | | 1,223,002 | 1,332,110 | 1,441,219 | 1,550,327 | 1,659,436 | 1,768,544 | 1,877,653 | 2,021,712 | 2,165,772 | 2,309,831 | 2,453,891 | 2,597,950 |
| Change in Cash | | 109,108 | 109,108 | 109,108 | 109,108 | 109,108 | 109,108 | 144,060 | 144,060 | 144,060 | 144,060 | 144,060 | 144,060 |
| Ending Cash Balance | | 1,332,110 | 1,441,219 | 1,550,327 | 1,659,436 | 1,768,544 | 1,877,653 | 2,021,712 | 2,165,772 | 2,309,831 | 2,453,891 | 2,597,950 | 2,742,010 |