Debtors' Exhibit 4

March 8, 2021

LV Atlanta, LLC
c/o Matthew Brooks
Troutman Pepper
Matthew.Brooks@troutman.com

Dear Mr. Brooks,

This letter evidences a funding commitment of Greenberg Georgia Film and TV Studio Holdings, LLC ("Greenberg") to fund the Discounted Payoff Amount of $12,500,000.00 pursuant to the terms of the Discounted Payoff Agreement dated February 24, 2021 by and between LV Atlanta, LLC ("LV Atlanta"), Greenberg, Areu Studios, LLC, Good Deed 317, LLC and Ozzie Areu. Specifically, such amount will be funded to LV Atlanta promptly following the entry of one or more orders of the Bankruptcy Court confirming the Plans (as defined in the Discounted Payoff Agreement), but in any event no later than March 25, 2021. A draft closing statement is attached hereto as Exhibit "A".

Sincerely,

Greenberg Georgia Film and TV Studio Holdings, LLC

By: _____
      Steven Greenberg

Title: Managing Member

## GOOD DEED 317, LLC CLOSING STATEMENT

**Funding Providor:**    Greenberg Georgia Film and TV Studio Holdings, LLC

**Funding Amount:**    $12,500,000.00

**Closing Date:**    On or before March 25, 2021

---

### OBLIGATIONS DUE

| | | | |
|---|---|---|---|
| A | Discounted Payoff Amount Due to LV Atlanta, LLC | $ | 12,500,000.00 |
| B | Closing Costs | N/A | |
| | **Total Disbursements** | **$** | **12,500,000.00** |
| | **Net Cash Due LV Atlanta, LLC** | **$** | **12,500,000.00** |

### NOTES:

This Closing Statement may be executed in several counterparts, each of which shall constitute an original and all of which together shall constitute one and the same instrument. Any counterpart hereof may be delivered by electronic transmission, which shall have the same force and effect as an original.

**Funding Obligor:**
Greenberg Georgia Film and TV Studio Holdings, LLC

By: _____
Steven Greenberg, Managing Member

**Debtor:**
Good Deed 317, LLC

By: _____
Ozzie Areu, Manager

**Debtor:**
Areu Studios, LLC

By:_____
Ozzie Areu, Manager