IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

GOOD DEED 317, LLC,

Debtor.

CHAPTER 11

CASE NO. 20-71227-PMB

## BALLOT FOR ACCEPTING OR REJECTING DEBTORS' PLAN

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Code.

TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE **March 10, 2021** TO:

Clerk, U.S. Bankruptcy Court
1340 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3367

You must also deliver a copy of the completed, signed ballot to Debtors' Attorney at: Jones & Walden LLC, 699 Piedmont Ave, NE, Atlanta, Georgia 30309, Attn: Cameron M. McCord

**The undersigned is a holder of** [check one:]
_x_ a secured claim
___ an unsecured claim
___ other:

In the amount of $12,500,000.00, in Class 5 and hereby:

__x__ Accepts     _____ Rejects Debtors' Plan of Reorganization

Date: 3/10/2021                Creditor: __LV Atlanta, LLC__
                                       Print or Type Name
                               Signed: *Matthew Brooks*
                               [If appropriate] as: _Counsel for LV Atlanta, LLC_
                                                   Title
                               Address: _600 Peachtree Street, N.E., Suite 3000_
                                        _Atlanta, GA 30308-2216_
                               Phone Number: _404.885.3000_
                               Email Address: _matthew.brooks@troutman.com_